JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

JENNIFER L. BRYANT (State Bar No. 293371)
jennifer.bryant@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant LYFT, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID BODIE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LYFT, INC.,<br><br>                    Defendant. | Case No. 3:16-CV-2558-L-NLS<br><br>**DEFENDANT LYFT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities]<br><br>Judge: Hon. M. James Lorenz<br>Date:  February 6, 2017<br>Time:  [No oral argument pursuant to Local Rule]<br>Ctrm.: 5B |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 6, 2017, before the Honorable M. James Lorenz, in Courtroom 5B at 221 West Broadway, San Diego, California, 92101, Defendant Lyft, Inc. ("Lyft") will and hereby does move the Court for an order dismissing Plaintiff's complaint, or in the alternative, staying this action pending the D.C. Circuit's decision in *ACA International v. FCC*, No. 15-1211. This motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that (1) Plaintiff lacks standing because he has failed to allege the concrete injury-in-fact required by Article III, and (2) the Complaint's conclusory allegation that Lyft used an automatic telephone dialing system (ATDS) is insufficient to state a colorable claim for relief.  In the alternative, this action should be stayed in light of the D.C. Circuit's potentially outcome-determinative decision in *ACA International* that will, at the very least, clarify a threshold issue in this case.  A stay would promote judicial economy and conserve both parties' resources without any significant prejudice to either party.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, any hearing on this motion, the complete files and records in this action, and such additional matters as the Court may consider.

DATED:  December 15, 2016         MUNGER, TOLLES & OLSON LLP


By:   */s/ Jonathan H. Blavin*
      JONATHAN H. BLAVIN
      Attorneys for Defendant Lyft, Inc.