1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| **JASON DAVID BODIE, Individually And On Behalf of All Others Similarly Situated,**<br><br>                    **Plaintiff,**<br>**v.**<br><br>**LYFT, INC.,**<br><br>                    **Defendants.** | Case No: 3:16-cv-02558-L-NLS<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO STAY PENDING THE OUTCOME OF** *ACA INTERNATIONAL V. FCC* |

Having considered the Parties' Joint Motion To Stay, the Court finds good cause to grant the joint motion and orders as follows:

1. Defendant's Motion to Dismiss (Dkt. No. 13), the associated hearing, the associated briefing schedule, and discovery deadlines are STAYED pending the D.C. Circuit's decision in *ACA International v. FCC*, Case No. 15-211 ("*ACA International*").

2. The parties shall meet and confer within seven (7) days of the D.C. Circuit's *ACA International* decision; and

3. The parties shall file a joint status report within seven (7) days thereafter regarding a revised briefing schedule on Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: January 11, 2017

_____
Hon. M. James Lorenz
United States District Judge