UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID BODIE, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>                                    Defendant. | Case No.:  3:16-cv-2558-L-AHG<br><br>**AMENDED ORDER GRANTING JOINT MOTION TO DISMISS [Doc. 67]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby GRANTS the parties' joint motion for dismissal and dismisses with prejudice Plaintiff Jason David Bodie's individual claims.  The Court also dismisses this action without prejudice as to the putative class members' claims.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  February 7, 2020

_____
Hon. M. James Lorenz
United States District Judge